UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | VIOLATION:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **JOHN ADAMS,** | : | Intent to Distribute Cocaine) |
| Defendant. | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or before at least September 2, 2005, the exact date being unknown to the Government, and continuing thereafter up to and including October 24, 2005, in the District of Columbia, the States of Maryland and elsewhere, the defendant, **JOHN ADAMS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Section 846)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
RACHEL CARLSON-LIEBER
Assistant United States Attorney
Bar No. 456-491
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4820
Washington, D.C. 20530
(202) 353-8055