AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
FEB 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

John Adams

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-034

I, __John Adams__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Feb. 10, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_John P. Adams_
Defendant

_Diane S. Lepley_
Counsel for Defendant

Before __Ellen S Huvck__
Judicial Officer