CO-526
(12/86)

**FILED**

FEB 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-034
)
John Adams )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
John P. Adams
Defendant

_____
Counsel for Defendant

I consent:

_____
United States Attorney

Approved:

_____
E. S. Huvelle
Judge