United States v. John Adams, Criminal No. 06-034 (ESH)

**FILED**

## Statement of Facts

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The parties agree that the following facts are true and accurate:

Beginning around the fall of 2004, John Adams began to receive wholesale quantities of cocaine hydrochloride from Antoine Jones, usually in the District of Columbia or Maryland. At the time, Adams was employed at Jones's nightclub Levels, located at 1960 Montana Avenue, N.E., Washington, D.C. Adams would usually cut and repackage the cocaine for sale to customers of his own. Occasionally he simply held drugs for Jones or would take the drugs to other customers of Jones at Jones's direction. At times, Adams also observed other drug customers engage in narcotics transactions with Jones.

On October 24, 2005, when law enforcement officers executed a search warrant on Adams's home located at 5703 Gloria Drive, Suitland, Maryland, they found approximately 125 grams of cocaine hydrochloride, $9,750.00, in cash, and two handguns. The cocaine recovered had been supplied to Adams by Jones, and the guns were his. During the course of his relationship with Jones, the quantity of cocaine Adams repackaged and sold, held, or distributed for Jones exceeded 15 kilograms but was less than 50 kilograms.

_____
John Adams

2-10-06
Date

_____
Diane Lepley, Esq.
Counsel for John Adams

2.10.06
Date

_____
John V. Geise
Assistant United States Attorney

2/10/06
Date