UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-386-02 (ESH) |
| ) | |
| JOHN ADAMS ) | |
| ) | |
| Defendant. ) | |

## SEALED MOTION FOR EMERGENCY COURT INTERVENTION

The defendant, John Adams, through undersigned counsel, respectfully moves this Court for assistance in obtaining emergency dental treatment for the defendant. In support of this motion, the defendant relies upon the following:

1. John Adams appears to have an infected, abscessed tooth. He first encountered this problem months ago when he was housed outside this jurisdiction. At that time, counsel engaged in conversations and correspondence with the U.S. Marshal's Service in an attempt to get Mr. Adams a root canal procedure. Counsel was informed that the Government would not proceed with that treatment but would pay for tooth extraction only. His tooth was never pulled, but he was able to get minimal treatment at the time and the infection seemed to disappear. The infection has returned.

2. Several weeks ago, undersigned counsel spoke with the medical staff at the Correctional Treatment Facility (CTF) about the defendant's dental needs and was assured that he would get assistance. When he still had not seen a dentist after another week had passed, counsel faxed a memorandum to the Warden at CTF requesting immediate dental intervention. As of two days ago, Mr. Adams had not been seen by a dentist. If he does not obtain treatment, Mr. Adams may not be able to testify because of his level of pain.

3. As this Court knows, Mr. Adams has agreed to cooperate with the Government and is scheduled to be a prominent witness against his former co-defendants in <u>United States v. Antoine Jones</u>, et al. This trial is set to begin on Monday, October 16, 2006.

4. Counsel is concerned that his current tooth ache, without immediate treatment, may render him unable to testify because of pain and infection. This might well affect the trial schedule adversely.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 393-0007

## Certificate of Service

I do hereby certify that a true copy of this motion has been served by mail, postage prepaid, upon Jack Geisse, Esquire, Assistant United States Attorney, located at 555 Fourth Street, N.W., Washington, D.C. 20530 this 12th day of October, 2006.

_____
Diane S. Lepley