**FILED**

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 06-034 |
| v. ) | Criminal No. ~~05-386-02 (ESH)~~ |
| ) | (Sealed) |
| JOHN ADAMS ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Sealed Motion For Emergency Court Intervention and the record therein, it is this _14_ day of _October_, 2006 be and hereby is

ORDERED, that said motion is granted and it is further

ORDERED, that John Adams shall receive the necessary emergency dental treatment to treat his infected tooth immediately.

SO ORDERED.

_Ellen S Huvelle_
Ellen Huevelle
United States District Court for the District of Columbia

copies to:

Jack Geisse, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh St., N.W., Ste. 400
Washington, D.C. 20004

United States Marshal's Service

Warden, Correctional Treatment Facility