UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 06-034 |
| | ) | |
| ADAMS, John | ) | |

FILED
FEB 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on January 17, 2008. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 5th day of February 2008,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Ellen Segal Huvelle
United States District Judge

___2/6/08_____
DATE

