HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-34</u> |
| | : | |
| vs. | : | |
| | : | |
| ADAMS, John | : | Disclosure Date: <u>January 17, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  (✓)  There are no material/factual inaccuracies therein.  **RESOLVED**
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                           2-5-08
Prosecuting Attorney                                             Date

### For the Defendant

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  (✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.  **ATTACHED**

John P. Adams    2-6-08                 _____  2-6-08
Defendant        Date                   Defense Counsel  Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 31, 2008</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer



400 Seventh Street, N.W.  ▫  Suite 400  ▫  Washington, D.C.  20004

By facsimile (202) 273-0193

February 6, 2008

Ms. Kelli Griffin Cave
United States Probation Officer
United States Probation Office
3rd and Constitution Avenues, N.W.
Washington, D. C.  20001

    RE: <u>**Pre-Sentence Investigation Report of John Adams**</u>

Dear Ms. Cave:

    I had an opportunity to review the Report with my client and have noted that a number of mistakes appear to track the earlier presentence report from years ago rather than information from Mr. Adams. We, therefore, make the following observations and changes:

1. Page 1: release status is completely wrong. My client was never rearrested and has been in custody since the day of his initial arrest. During his incarceration as a result of his cooperation, he was housed at four different institutions: DC jail, DCCTF, Arlington Jail, and the Jail at Northern Neck in Virginia.

2. Page 1: although his plea case was given a separate number, Mr. Adams had many codefendants.

3. Page 2: It should not say that he has no fixed address. It should say that his address and telephone are not being disclosed for security reasons.

4. Page 2: It remains unclear whether Mr. Adams completed the 12th grade, but he did enter the 12th grade and attempt to complete his high school education.

5. Page 2: He has a wife and 5 children.

6. Page 3, para. 2: These dates are incorrect.

7. Page 3, para. 5: While the plea agreement references the two weapons which were found, the gun in the safe belonged to the defendant's father who also lived at that residence.

8. Page 4, footnote: this is incorrect. Mr. Adams has always stated that the gun referenced above belonged to his father. See his trial testimony for confirmation.

9. Page 5, para. 23: the defendant does not believe that he is the John Adams referenced in this paragraph. This case file will need to be pulled by the probation office for confirmation.

10. The parole dates noted in multiple paragraphs appear to be wrong. Please inform counsel of the basis for these statements.

11. Page 9, para. 26: Defendant does not recall any such statement which makes no sense on its face.

12. Page 12, para. 36: should be 1988

13. Page 14, Mr. Adams is 5'9" and weighs approximately 200 pounds.

14. Page 15, para. 57: Is the basis for this statement, the Academy records? Mr. Adams requested information about this at the time of the interview.

15. Page 16, para 64: this relates to a summer job as a lifeguard. The wording of this paragraph makes it appear that Mr. Adams did something wrong.

16. Page 16, regarding child support: The report should indicate that Mr. Adams designated that child support come directly out of his salary at his earlier jobs. When he worked at Levels, they never did that. Mr. Adams noted that he was supposed to go to Court, perhaps on November 3, 2005, on the child support issue but he was locked up. We asked the Probation Department to access his child support files for current information on this issue. Did you obtain this information? If not, when is that information to be provided to you?

If you have any questions, please do not hesitate to contact me. Thanks again.

Sincerely yours,

*Diane S. Lepley*

Diane S. Lepley

cc: AUSAs Rachel Lieber and Jack Geisse